| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:18-CR-00269-01 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 5:19-cr-00194 SMH/MLH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kyle Ross Roop | Southern District of Alabama | Mobile |
| 292 Percheron Drive | NAME OF SENTENCING JUDGE | |
| Grand Cane, Louisiana 71032 | Callie V.S. Granade, Senior U.S. District Judge | |

| | DATES OF SUPERVISED | FROM | TO |
|---|---|---|---|
| (318) 461-9119 | | May 8, 2019 | May 7, 2022 |

OFFENSE

21 U.S.C. 841(a)(1)
Possession/Distribution of Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Southern_____ DISTRICT _____Alabama_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Western District of Louisiana_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 11, 2019
_____
*Date*

Senior U.S. District Judge Callie VS Granade

Digitally signed by Senior U.S. District Judge Callie VS Granade
DN: cn=Senior U.S. District Judge Callie VS Granade, o=Southern District of Alabama, ou=United States District Court, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2019.06.11 11:04:38 -05'00'

*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____Louisiana_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/18/19
_____
*Effective Date*

_____
*United States District Judge*