PASSPORT

# U.S. District Court
# Southern District of Alabama (Mobile)
# CRIMINAL DOCKET FOR CASE #: <u>1:18–cr–00269–CG–B–1</u>

Case title: USA v. Roop
Magistrate judge case number:  1:18–mj–00112–MU

Date Filed: 09/27/2018
Date Terminated: 04/08/2019

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: *Nicole Hawkins*
Deputy Clerk
Date: June 19, 2019

Assigned to: Senior Judge Callie V. S. Granade
Referred to: Magistrate Judge Sonja F. Bivins

## Defendant (1)

**Kyle Ross Roop**
*TERMINATED: 04/08/2019*

represented by **Raymond Lloyd Bell , Jr.**
11 N. Water Street
Suite 24290
Mobile, AL 36602
(251) 300–6293
Fax: 251–432–0007
Email: <u>rbell@belllawfirm.net</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
| --- | --- |
| POSSESSION/DISTRIBUTION OF A CONTROLLED SUBSTANCE (1) | Imprisonment Time Served. SRT 3 years. Special conditions (1) substance abuse testing, (2) substance abuse treatment, (3) model search condition, SA $100.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**                                                      **Disposition**

21:841A=CD.F – Distribution of a
Controlled Substance

---

**Plaintiff**

**USA**                              represented by    **Michael D. Anderson**
                                                      U.S. Attorney's Office
                                                      63 S. Royal St., Rm. 600
                                                      Mobile, AL 36602
                                                      (251) 441–5845
                                                      Email: mike.d.anderson@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Assistant U.S. Attorney*
                                                      *Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/18/2018 | 1 | | COMPLAINT as to Kyle Ross Roop (1). (Attachments: # 1 Affidavit) (eec) [1:18–mj–00112–MU] (Entered: 09/18/2018) |
| 09/27/2018 | 3 | | INDICTMENT as to Kyle Ross Roop count(s) 1; Forfeiture. (Attachments: # 1 Penalty Page, # 2 Signed Indictment) (skb) (Entered: 09/28/2018) |
| 09/28/2018 | 4 | | Rule 5(c)(3) Documents Received as to Kyle Ross Roop from WDLA (Shreveport): Docket Sheet, Court Minutes, Bond Documents. Arraignment set for 10/10/2018 02:00 PM in US Courthouse, Courtroom 5B, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Katherine P. Nelson. Copies to counsel, USPO, USMS. (skb) (Entered: 09/28/2018) |
| 10/04/2018 | 5 | | Petition for Writ of Habeas Corpus ad prosequendum by USA as to Kyle Ross Roop. (Anderson, Michael) (Entered: 10/04/2018) |
| 10/05/2018 | 6 | | Writ of Habeas Corpus ad Prosequendum Issued as to Kyle Ross Roop: Arraignment set for 10/24/2018 at 2:00 PM in US Courthouse, Courtroom 5B, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Katherine P. Nelson. (mab) (Entered: 10/05/2018) |
| 10/23/2018 | | | Set/Reset Hearings as to Kyle Ross Roop: Arraignment RESET for 11/7/2018 02:00 PM in US Courthouse, Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. (As of 10/23/18 – defendant has not arrived in SDAL) (srr) (Entered: 10/23/2018) |
| 10/24/2018 | 7 | | Receipt for Passport Number 530521056 issued by USA as to Kyle Ross Roop. Passport received from the USDC, Western District of Louisiana (Shreveport Division) (mcb) (Entered: 10/24/2018) |
| 11/06/2018 | 8 | | Warrant Returned Executed on 9/20/2018 as to Kyle Ross Roop. Arrest out of District. (skb) (Entered: 11/06/2018) |

| 11/07/2018 | | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins:Initial Appearance & Arraignment as to Kyle Ross Roop (1) Count 1 held on 11/7/2018. Dft appointed counsel. Dft to remain detained. DCR Digital Audio Recording. (srd) Copies to counsel, USPO, USMS. (Entered: 11/08/2018) |
| --- | --- | --- | --- |
| 11/07/2018 | 10 | | CJA 23 Financial Affidavit by Kyle Ross Roop in open court. (srd) (Entered: 11/08/2018) |
| 11/07/2018 | 11 | | CJA 20 APPOINTMENT: Raymond Lloyd Bell, Jr appointed for Kyle Ross Roop. The link below is the CJA−19 Notice to Court−Appointed Counsel of Public Disclosure of Attorney Fee Information. <br><br> *CJA 19 Notice of Public Disclosure* . Signed by Magistrate Judge Sonja F. Bivins on 11/07/2018. [See Evoucher] (srd) (Entered: 11/08/2018) |
| 11/08/2018 | 13 | | JOINT MOTION for Protective Order filed by USA, Kyle Ross Roop as to Kyle Ross Roop. Referred to Judge Sonja F. Bivins in open court. (mpp) (Entered: 11/08/2018) |
| 11/08/2018 | 14 | | PROTECTIVE ORDER granting 13 Motion for Protective Order as to Kyle Ross Roop. Signed by Magistrate Judge Sonja F. Bivins on 11/7/18. (mpp) Copies to counsel (Entered: 11/08/2018) |
| 11/11/2018 | 15 | | Order on Arraignment as to Kyle Ross Roop (1) Count 1: Jury Selection set for 1/3/2019 at 8:30AM. Pretrial Motions due by 11/21/2018. Probation Officers Report due 11/21/2018. Certification of Guideline Calculations due 12/4/2018. Pretrial Conference set for 12/11/2018 at 8:30 AM in US Courthouse, Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. **Lead trial counsel shall attend the pretrial conference and shall be prepared to give a FIRM COMMITMENT at the pretrial conference as to the final disposition of this action.** Signed by Magistrate Judge Sonja F. Bivins on 11/7/18. (mpp) Copies to counsel,USPO,USMS (Entered: 11/11/2018) |
| 11/13/2018 | 16 | | ORDER OF DETENTION as to Kyle Ross Roop. Signed by Magistrate Judge Sonja F. Bivins on 11/8/18. (mpp) Copies to counsel,USPO,USMS (Entered: 11/13/2018) |
| 12/04/2018 | 18 | | Certification Regarding the Preliminary Guideline Calculations of the Probation Officer filed by Kyle Ross Roop. (Bell, Raymond) (Entered: 12/04/2018) |
| 12/06/2018 | | | REFERRAL OF 18 Certification Regarding the Preliminary Guideline Calculations of the Probation Officer as to Kyle Ross Roop to Judge Bivins (mab) (Entered: 12/06/2018) |
| 12/11/2018 | 19 | | Notice of Intent to Plead Guilty to Count(s) ONE as to Kyle Ross Roop (Bell, Raymond) (Entered: 12/11/2018) |
| 12/11/2018 | | | REFERRAL OF 19 Notice of Intent to Plead Guilty as to Kyle Ross Roop to Judge Bivins (mab) (Entered: 12/11/2018) |
| 12/11/2018 | 20 | | ORDER as to Kyle Ross Roop re 19 Notice of Intent to Plead Guilty. Pretrial conference set for 12/11/18 is CANCELED. (Guilty Plea Hearing set for 12/19/2018 08:30 AM in US Courthouse, Courtroom 3B, 155 St. Joseph Street, Mobile, AL 36602 before Senior Judge Callie V. S. Granade.) Plea agreement |

| | | |
|---|---|---|
| | | due one full day prior to hearing. United States Marshal is DIRECTED to produce the Defendant for said hearing. Signed by Magistrate Judge Sonja F. Bivins on 12/11/2018. (mab) (Entered: 12/11/2018) |
| 12/13/2018 | 21 | ORDER as to Kyle Ross Roop, (Guilty Plea Hearing previously set for 8:30 a.m. is RESET for **9:00 a.m.** on 12/19/2018 in US Courthouse, Courtroom 3B, 155 St. Joseph Street, Mobile, AL.) The United States Marshal is ORDERED to produce the Defendant for said hearing. Signed by Senior Judge Callie V. S. Granade on 12/13/2018. (mab) (Entered: 12/13/2018) |
| 12/18/2018 | 22 | PLEA AGREEMENT as to Kyle Ross Roop with (Bell, Raymond) (Entered: 12/18/2018) |
| 12/19/2018 | 23 | Order on Guilty Plea & Minute Entry entered as to Kyle Ross Roop. Dft entered a plea of Guilty as to Count 1, charging the offense of Possession/Distribution of a Controlled Substance in violation of Title 21, U.S.C. § 841(a)(1). Defense Counsel Raymond Lloyd Bell, Jr. (Appointed). Government Counsel Assistant U. S. Attorney Michael D. Anderson. Defendant's guilty plea was accepted 12/19/18 and Defendant was found guilty as charged. The plea agreement was written. The maximum penalties are 10 Years, $500,000 Fine, 3 Years SRT, $100 SA. Pending sentencing Defendant shall be remanded to custody. Court Reporter C. Powell. **This is a text only order**. Sentencing set for 3/20/2019 at 10:00 AM in US Courthouse, Courtroom 3B, 155 St. Joseph Street, Mobile, AL 36602 before Senior Judge Callie V. S. Granade. Presentence Investigation Report due 2/13/2019. On or before 3/6/2019 the parties shall each file a Position with Respect to Sentencing Factors in accordance with Criminal Local Rule 32(B)(4). Signed by Senior Judge Callie V. S. Granade on 12/19/18. (tot) (Entered: 12/19/2018) |
| 01/03/2019 | 24 | ORDER as to Kyle Ross Roop, Sentencing previously set for 3/20/2019 is RESCHEDULED for 3/27/2019 at 10:00 AM in US Courthouse, Courtroom 3B, 155 St. Joseph Street, Mobile, AL. The United States Marshal is ORDERED to produce the Defendant for said hearing. Signed by Senior Judge Callie V. S. Granade on 01/03/2019. (mab) (Entered: 01/03/2019) |
| 03/13/2019 | 26 | POSITION regarding sentencing factors by Kyle Ross Roop without. (Bell, Raymond) (Entered: 03/13/2019) |
| 03/14/2019 | 27 | POSITION regarding sentencing factors filed by USA as to Kyle Ross Roop Without Objections. (Anderson, Michael) (Entered: 03/14/2019) |
| 03/18/2019 | | NOTICE OF HEARING as to Kyle Ross Roop: Sentencing hearing in this matter is set before Senior U.S. District Judge Callie V. S. Granade on Wednesday, March 27, 2019 at 10:00 a.m., to be held in Courtroom 3B. NOTE: Convicted persons are to be prepared to pay the special assessment(s), pursuant to the provisions of Title 18 U.S.C. Section 3013, at the time of sentencing. Counsel are reminded of their obligation under Criminal Local Rule 32(b)(5) to file notice with the Court if they anticipate that the sentencing hearing will exceed thirty (30) minutes. (mab) (Entered: 03/18/2019) |
| 03/27/2019 | | Minute Entry for proceedings held before Senior Judge Callie V. S. Granade: Sentencing held on 3/27/2019 for Kyle Ross Roop, Count 1, Imprisonment Time Served. SRT 3 years. Special conditions (1) substance abuse testing, (2) substance abuse treatment, (3) model search condition, SA $100.00. Court Reporter Roy Isbell. (mab) (Entered: 03/27/2019) |

| 03/27/2019 | 31 | | NOTICE of No–Appeal by Kyle Ross Roop (mab) (Entered: 03/27/2019) |
| 04/08/2019 | 32 | | JUDGMENT as to Kyle Ross Roop, Count 1, Imprisonment Time Served. SRT 3 years. Special conditions (1) substance abuse testing, (2) substance abuse treatment, (3) model search condition, SA $100.00. Signed by Senior Judge Callie V. S. Granade on 04/08/2019. (mab) (Entered: 04/08/2019) |