FILED IN OPEN COURT

SEP 27 2018

CHARLES R. DIARD, JR.
CLERK

MDA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 18-00269-CG |
| | * | USAO NO: 18R00522 |
| v. | * | MJ NO: 18MJ00122-MU |
| | * | VIOLATION: 21 USC § 841(a)(1) |
| KYLE ROSS ROOP | * | |

Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: _Nicole Hawkins_
Deputy Clerk
Date: June 19, 2019

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about July 19, 2018, in the Southern District of Alabama, Southern Division, and elsewhere the defendant,

**KYLE ROSS ROOP**

did knowingly and intentionally manufacture, distribute, dispense and possess with intent to manufacture, distribute and dispense a Schedule III, controlled substance, to wit: approximately 100 vials of testosterone C and 100 vials of a clear liquid marked testosterone E.

In violation of Title 21, United States Code, Section 841(a)(1).

### FORFEITURE NOTICE

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, as set forth in Count One of this Indictment, the defendant,

**KYLE ROSS ROOP**

1

Case 1:18-cr-00269-CG-B Document 1-2 Filed 09/27/18 Page 2 of 3

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to 21 U.S.C. § 853.

A TRUE BILL

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY

By:

MICHAEL D. ANDERSON
Assistant United States Attorney

SEAN P. COSTELLO
Assistant United States Attorney
Chief, Criminal Division                    SEPTEMBER 2018